Case: 1:11-cv-05336 Document #: 10 Filed: 09/20/11 Page 1 of 1 PageID #:226

Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5336 | **DATE** | 9/20/2011 |
| **CASE TITLE** | Marshall E. Home vs. Giordano's Enterprises, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing and ruling on motion hearing held. Appellee's motion to dismiss the bankruptcy appeal is granted [6]. Civil case closed. Enter Order. Plaintiff failed to appear for the 8/30/11 and 9/20/11 status hearings.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10



| | Courtroom Deputy Initials: | MF |
|---|---|---|

11C5336 Marshall E. Home vs. Giordano's Enterprises, Inc.    Page 1 of 1